**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RASHID**

**Plaintiff,**

**-against-**

**VIRGIN HOTELS OF NY LLC ET AL,**

**Defendants.**

**26-cv-2705 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court schedules a telephonic conference for the Parties July 10, 2026 at 3 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:** July 8, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**