**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RASHID**

**Plaintiff,**

**-against-**

**VIRGIN HOTELS OF NY LLC ET AL,**

**Defendants.**

**26-cv-2705 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Following up from the July 10, 2026 conference, the Parties are ORDERED to continue pursuing settlement diligently and to file a joint status report regarding settlement by July 16, 2026. If the Parties need more time or want to be referred to a magistrate judge or the court annexed mediation program, indicate so. Otherwise, the Defendant's motion to compel arbitration is due July 24, 2026, Plaintiff's opposition by August 7, 2026, and any reply by August 12, 2026.

**SO ORDERED.**

**Dated:** July 10, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**