**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RASHID**

**Plaintiff,**

**-against-**

**VIRGIN HOTELS OF NY LLC ET AL,**

**Defendants.**

**26-cv-2705 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Defendant's motion to compel was due 9/22/26. No motion was filed. The Parties are ORDERED to provide a joint status report by September 25, 2026, especially as it pertains to settlement.

**SO ORDERED.**

**Dated:** September 24, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**